AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| KEITH BERNARD ANDERSON | Case Number: 8:96-CR-366-T-24MAP<br>USM Number: 20831-018 |
| | Dionja Dyer, AFPD<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers One, Two, Three, Four Five, Six, Seven and Eight of the terms of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct, Resisting Officer without Violence, occurring on May 3, 2008, while on supervision in violation of the conditions of supervision | May 3, 2008 |
| 2 | New Criminal Conduct, Tampering with Physical evidence, occurring on May 3, 2008, while on supervision in violation of the conditions of supervision | May 3, 2008 |
| 3 | New Criminal Conduct, Possession of Cocaine, Occurring on occurring on May 3, 2008, while on supervision in violation of the conditions of supervision | May, 3, 2008 |
| 4 | New Criminal conduct, Possession of Cannabis, occurring on May 3, 2008, while on supervision in violation of the conditions of supervision | May 3, 2008 |
| 5 | New Criminal Conduct, Possession of Drug Paraphernalia, occurring on May 3, 2008, while on supervision in violation of the conditions of supervision | May 3, 2008 |
| 6 | Possession of Drug Paraphernalia in violation of Condition Eight of the Standard Conditions of Supervision | May 3, 2008 |
| 7 | Possession of illicit drugs, Cocaine, in violation of Condition Eight of the Standard Conditions of Supervision | May 3, 2008 |
| 8 | Possession of illicit drugs, Cannabis, in violation of Condition Eight of the Standard Conditions of Supervision | May 3, 2008 |

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT:   KEITH BERNARD ANDERSON
CASE NUMBER: 8:96-CR-366-T-24MAP

Judgment - Page __2__ of __3__

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_____August 8th, 2008_____
Date of Imposition of Judgment

_____/s/ Susan C. Bucklew_____
SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

_____August 8th, 2008_____
Date

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| DEFENDANT: KEITH BERNARD ANDERSON | Judgment - Page __3__ of __3__ |
| CASE NUMBER: 8:96-CR-366-T-24MAP | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *TWENTY-ONE (21) MONTHS . NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

__X__ The Court makes the following recommendations to the Bureau of Prisons:
Defendant serve term of imprisonment at FCI Coleman.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m.    p.m.    on _____.

    ___ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL